# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x

In re                                :     Chapter 11

SUMMIT CREST VENTURES, LLC,    :

        Debtor.            :     Case No. 09-_____ (  )

EIN: 23-3035690              :

-------------------------------------------------------x

In re                                :

CAPMARK FINANCIAL GROUP INC.,  :     Chapter 11

        Debtor.            :     Case No. 09-_____ (  )

EIN: 91-1902188              :

-------------------------------------------------------x

In re                                :

CAPMARK CAPITAL INC.,         :     Chapter 11

        Debtor.            :     Case No. 09-_____ (  )

EIN: 84-0916496              :

-------------------------------------------------------x

In re                                :

CAPMARK FINANCE INC.,        :     Chapter 11

        Debtor.            :     Case No. 09-_____ (  )

EIN: 23-2413444              :

-------------------------------------------------------x

```
------------------------------------------------x
                                                 :
In re                                            :    Chapter 11
                                                 :
COMMERCIAL EQUITY INVESTMENTS,                   :
INC.,                                            :    Case No. 09- _____ (   )
                                                 :
           Debtor.                               :
                                                 :
EIN:  23-2844153                                 :
------------------------------------------------x
                                                 :
In re                                            :
                                                 :    Chapter 11
MORTGAGE INVESTMENTS, LLC,                       :
                                                 :
           Debtor.                               :    Case No. 09- _____ (   )
                                                 :
EIN:  20-3376319                                 :
------------------------------------------------x
                                                 :
In re                                            :
                                                 :    Chapter 11
NET LEASE ACQUISITION LLC,                       :
                                                 :
           Debtor.                               :    Case No. 09- _____ (   )
                                                 :
EIN:  20-2829658                                 :
------------------------------------------------x
                                                 :
In re                                            :
                                                 :    Chapter 11
SJM Cap, LLC,                                    :
                                                 :
           Debtor.                               :    Case No. 09- _____ (   )
                                                 :
EIN:  56-2380862                                 :
------------------------------------------------x
```

RLF1-3474832-1

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| **CAPMARK AFFORDABLE EQUITY** | : | |
| **HOLDINGS INC.,** | : | |
| | : | **Case No. 09-** _____ **( )** |
| Debtor. | : | |
| | : | |
| **EIN: 23-3072379** | : | |
| ---------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **CAPMARK REO HOLDING LLC,** | : | |
| | : | |
| Debtor. | : | **Case No. 09-** _____ **( )** |
| | : | |
| **EIN: 27-0203951** | : | |
| ---------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER** | : | |
| **AMBAC II, LLC,** | : | |
| | : | **Case No. 09-** _____ **( )** |
| Debtor. | : | |
| | : | |
| **EIN: 75-3183934** | : | |
| ---------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER** | : | |
| **AMBAC III, LLC,** | : | |
| | : | **Case No. 09-** _____ **( )** |
| Debtor. | : | |
| | : | |
| **EIN: 02-0743999** | : | |
| ---------------------------------------------------------x | | |

RLF1-3474832-1

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER AMBAC IV, LLC,** | : | |
| | : | Case No. 09- _____ ( ) |
| Debtor. | : | |
| | : | |
| EIN: 06-1750117 | : | |

---------------------------------------------------------x

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER AMBAC V, LLC,** | : | |
| | : | Case No. 09- _____ ( ) |
| Debtor. | : | |
| | : | |
| EIN: 20-3353366 | : | |

---------------------------------------------------------x

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER LLC,** | : | |
| | : | |
| Debtor. | : | Case No. 09- _____ ( ) |
| | : | |
| EIN: 31-1780184 | : | |

---------------------------------------------------------x

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER II, LLC,** | : | |
| | : | Case No. 09- _____ ( ) |
| Debtor. | : | |
| | : | |
| EIN: 31-1787457 | : | |

---------------------------------------------------------x

4

| | | |
|---|---|---|
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER III,** | : | |
| **LLC,** | : | |
| | : | **Case No. 09-** _____ **( )** |
| Debtor. | : | |
| | : | |
| **EIN: 31-1790196** | : | |
| ---------------------------------------------------------x | | |

| | | |
|---|---|---|
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER IV,** | : | |
| **LLC,** | : | |
| | : | **Case No. 09-** _____ **( )** |
| Debtor. | : | |
| | : | |
| **EIN: 31-1790199** | : | |
| ---------------------------------------------------------x | | |

| | | |
|---|---|---|
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER V,** | : | |
| **LLC,** | : | |
| | : | **Case No. 09-** _____ **( )** |
| Debtor. | : | |
| | : | |
| **EIN: 31-1790201** | : | |
| ---------------------------------------------------------x | | |

| | | |
|---|---|---|
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER VI,** | : | |
| **LLC,** | : | |
| | : | **Case No. 09-** _____ **( )** |
| Debtor. | : | |
| | : | |
| **EIN: 31-1805857** | : | |
| ---------------------------------------------------------x | | |

RLF1-3474832-1

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER VII, LLC,** | : | |
| | : | **Case No. 09-** _____ ( ) |
| Debtor. | : | |
| | : | |
| **EIN: 31-1805855** | : | |
| ------------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER VIII, LLC,** | : | |
| | : | **Case No. 09-** _____ ( ) |
| Debtor. | : | |
| | : | |
| **EIN: 31-1805854** | : | |
| ------------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER IX, LLC,** | : | |
| | : | **Case No. 09-** _____ ( ) |
| Debtor. | : | |
| | : | |
| **EIN: 30-0055452** | : | |
| ------------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER XI, LLC,** | : | |
| | : | **Case No. 09-** _____ ( ) |
| Debtor. | : | |
| | : | |
| **EIN: 30-0055455** | : | |
| ------------------------------------------------------------x | | |

RLF1-3474832-1

| | | |
|---|---|---|
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER XII,** | : | |
| **LLC,** | : | |
| | : | **Case No. 09- _____ ( )** |
| Debtor. | : | |
| | : | |
| **EIN: 30-0055457** | : | |
| ------------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER** | : | |
| **XVIII, LLC,** | : | |
| | : | **Case No. 09- _____ ( )** |
| Debtor. | : | |
| | : | |
| **EIN: 65-1193087** | : | |
| ------------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER XIV,** | : | |
| **LLC,** | : | |
| | : | **Case No. 09- _____ ( )** |
| Debtor. | : | |
| | : | |
| **EIN: 65-1164194** | : | |
| ------------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER XV,** | : | |
| **LLC,** | : | |
| | : | **Case No. 09- _____ ( )** |
| Debtor. | : | |
| | : | |
| **EIN: 65-1164192** | : | |
| ------------------------------------------------------------x | | |

7

| | |
|---|---|
| *In re* | : |
| | :    **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER XVI, LLC,** | : |
| | :    **Case No. 09-** _____ **( )** |
| Debtor. | : |
| | : |
| **EIN: 65-1164186** | : |
| ----------------------------------------------------------x | |
| | : |
| *In re* | : |
| | :    **Chapter 11** |
| **PARAMOUNT NORTHEASTERN MANAGING MEMBER, LLC,** | : |
| | :    **Case No. 09-** _____ **( )** |
| Debtor. | : |
| | : |
| **EIN: 65-1193086** | : |
| ----------------------------------------------------------x | |
| | : |
| *In re* | : |
| | :    **Chapter 11** |
| **CAPMARK AFFORDABLE PROPERTIES INC.,** | : |
| | :    **Case No. 09-** _____ **( )** |
| Debtor. | : |
| | : |
| **EIN: 31-1333435** | : |
| ----------------------------------------------------------x | |
| | : |
| *In re* | : |
| | :    **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER XXIII, LLC,** | : |
| | :    **Case No. 09-** _____ **( )** |
| Debtor. | : |
| | : |
| **EIN: 20-0334754** | : |
| ----------------------------------------------------------x | |

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER** | : | |
| **XXIV, LLC,** | : | |
| | : | **Case No. 09- _____ (   )** |
| Debtor. | : | |
| | : | |
| **EIN: 54-2133615** | : | |
| ------------------------------------------------------- | x | |

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER 30,** | : | |
| **LLC,** | : | |
| | : | **Case No. 09- _____ (   )** |
| Debtor. | : | |
| | : | |
| **EIN: 06-1716824** | : | |
| ------------------------------------------------------- | x | |

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER 31,** | : | |
| **LLC,** | : | |
| | : | **Case No. 09- _____ (   )** |
| Debtor. | : | |
| | : | |
| **EIN: 06-1716826** | : | |
| ------------------------------------------------------- | x | |

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER 33,** | : | |
| **LLC,** | : | |
| | : | **Case No. 09- _____ (   )** |
| Debtor. | : | |
| | : | |
| **EIN: 06-1716831** | : | |
| ------------------------------------------------------- | x | |

RLF1-3474832-1

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| **BROADWAY STREET CALIFORNIA, L.P.,** | : | |
| | : | |
| Debtor. | : | **Case No. 09-** _____ ( ) |
| | : | |
| **EIN: 31-1707722** | : | |
| ----------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **BROADWAY STREET 2001, L.P.,** | : | |
| | : | |
| Debtor. | : | **Case No. 09-** _____ ( ) |
| | : | |
| **EIN: 31-1780187** | : | |
| ----------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **BROADWAY STREET XV, L.P.,** | : | |
| | : | |
| Debtor. | : | **Case No. 09-** _____ ( ) |
| | : | |
| **EIN: 31-1707730** | : | |
| ----------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **BROADWAY STREET XVI, L.P.,** | : | |
| | : | |
| Debtor. | : | **Case No. 09-** _____ ( ) |
| | : | |
| **EIN: 31-1707725** | : | |
| ----------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **BROADWAY STREET XVIII, L.P.,** | : | |
| | : | |
| Debtor. | : | **Case No. 09-** _____ ( ) |
| | : | |
| **EIN: 31-1799799** | : | |
| ----------------------------------------------------------x | | |

RLF1-3474832-1

| | : | |
|---|---|---|
| *In re* | : | **Chapter 11** |
| **BROADWAY STREET GEORGIA I, LLC,** | : | |
| Debtor. | : | **Case No. 09-_____ (   )** |
| EIN: 20-0269740 | : | |
| ------------------------------------------------------------x | : | |
| *In re* | : | **Chapter 11** |
| **CAPMARK MANAGING MEMBER 4.5 LLC,** | : | |
| Debtor. | : | **Case No. 09-_____ (   )** |
| EIN: 20-8438979 | : | |
| ------------------------------------------------------------x | : | |
| *In re* | : | **Chapter 11** |
| **CAPMARK AFFORDABLE EQUITY INC.,** | : | |
| Debtor. | : | **Case No. 09-_____ (   )** |
| EIN: 23-3072381 | : | |
| ------------------------------------------------------------x | : | |

## DEBTORS' MOTION FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 1015(b) AND LOCAL RULE 1015-1 DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Capmark Financial Group Inc. ("CFGI") and its above-captioned subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit this motion (the "Motion") for an order directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only. Pursuant to Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), this Motion is supported by the Declaration of Thomas L. Fairfield, Executive Vice President, General Counsel and Secretary of CFGI, in Support of the Debtors' Chapter 11

Petitions and First Day Motions and Applications (the "Fairfield Declaration"), attesting that the joint administration of these cases is warranted and will ease the administrative burden for the Court and the parties. In further support of this Motion, the Debtors represent:

## Background

1. On the date hereof (the "Commencement Date"), each of the Debtors commenced a voluntary case under chapter 11 of title 11, United States Code (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors in possession as authorized by sections 1107(a) and 1108 of the Bankruptcy Code.

## Jurisdiction and Venue

2. This Court has jurisdiction to consider and determine this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Capmark's Businesses

*Overview*

3. The Debtors and their non-debtor subsidiaries and affiliates (together with the Debtors, "Capmark") are a group of commercial real estate finance companies that provide real estate-related products and services to borrowers, investors and other customers along three core business lines: (i) commercial real estate lending and mortgage banking; (ii) servicing; and (iii) investments and funds management. Capmark's business lines are conducted through six business segments organized by geography and type of business:

- *North American Lending and Mortgage Banking.* This segment includes most North American activities relating to the real estate lending and mortgage banking business, including commercial mortgage banking, loan origination and capital markets activities, and syndication of new markets tax credit funds.

12

- *North American Servicing.* This segment includes all North American loan servicing activities, including activities with respect to the primary, master and special servicing of loan portfolios originated by Capmark, third parties, and securitized loan pools.

- *North American Investments and Funds Management.* This segment includes all North American activities relating to investments and funds management, including sponsorship of real estate debt and equity funds and management of Capmark's own real estate debt and equity investments.

- *North American Affordable Housing.* The North American Affordable Housing segment manages affordable housing debt investments and low income housing tax credit equity investments on behalf of third-party investors.

- *Asian Operations.* This segment historically included all Asian activities relating to all three core business lines. Capmark has ceased all Asian proprietary lending and investing activities and is currently focused on managing existing loan, investment and fee-for-services businesses in Asia.

- *European Operations.* This segment historically included all European activities relating to all three core business lines. Capmark has ceased all European proprietary lending and investing activities, has sold its European servicing business and closed its Irish banking subsidiary, and is currently focused on managing existing loan, investment and fee-for-services businesses in Europe.

4. As of June 30, 2009, the carrying value of Capmark's total loan portfolio of commercial real estate loans held for sale or investment was $10.7 billion. Capmark also owns substantial real estate and equity investments and certain other tangible and intangible assets. On a consolidated basis, as of June 30, 2009, Capmark's assets were approximately $20.1 billion and liabilities were approximately $21 billion. Consolidated losses for the three months ending June 30, 2009 were approximately $1.6 billion.

*Events Leading to Chapter 11*

5. As a commercial real estate finance company, Capmark's ability to generate income and cash flow is highly dependent on (i) the volume of financing it originates

and the credit performance of that financing; (ii) its ability to securitize, sell, participate or otherwise finance loans; (iii) the fair value of the loans on its balance sheet; and (iv) the spreads it generates on its interest-earning assets. In addition, Capmark's financial performance is driven by, among other things, its ability to increase the size of its servicing portfolios and the amount of real estate-related assets under management. Capmark's origination activities impact the level of placement fees and net interest income, and impact the amount of loans it has available for future sale and servicing opportunities, which in turn affect its levels of net gains or losses and fee-based income. Capmark's ability to increase the size of its servicing portfolios affects the level of servicing fees it earns and income it derives from escrow balances.

6.     The unprecedented conditions in domestic and international financial markets have adversely affected Capmark's businesses. The lack of credit available to potential purchasers of Capmark's assets and the current condition of the securitization markets has severely impaired its ability to sell assets in the normal course of business. Capmark has historically utilized the proceeds from such asset sales as a source of liquidity for new originations and the repayment of debt. Dislocations in worldwide capital markets, together with the deterioration of Capmark's operating results, have also impaired its ability to obtain alternative means of financing its origination and investment activities. Capmark's inability to sell its assets has required it to hold a greater portion of its assets for a longer duration, thereby increasing the credit risk related to lending and investment activities. The negative impact from this increased credit exposure has been exacerbated by the fact that the performance of Capmark's loans and real estate investments has sharply deteriorated. The current market conditions have made it difficult for Capmark's borrowers to find replacement financing or to sell their properties, which are the typical sources of repayment for commercial mortgage loans.

RLF1-3474832-1

The lack of available replacement financing decreases Capmark's cash flow, by increasing the average duration of Capmark's loan portfolio and decreasing transaction-related servicing fees.

7. These developments have effectively made it impossible for the Debtors to continue their business operations in a profitable manner absent a restructuring of their businesses and obligations. To this end, after an extensive marketing effort, on September 2, 2009, certain of the Debtors – CFGI, Capmark Finance Inc., and Capmark Capital Inc. (in such capacity, the "Sellers") – entered into an Asset Put Agreement (the "APA") with Berkadia Commercial Mortgage LLC ("Berkadia"), formerly known as Berkadia III, LLC. The APA provides for a put option (the "Put Option") for which the Sellers paid $40 million to Berkadia. The Put Option, if exercised by the Sellers, will obligate Berkadia to purchase the Sellers' North American Servicing and North American Lending and Mortgage Banking segments and the assets primarily related to such businesses (collectively, the "MSB Business"). The APA does not restrict the Sellers from selling the MSB Business to another purchaser who submits a higher or better offer. Contemporaneously herewith, the Debtors have filed a motion requesting, among other things, this Court's approval of the Sellers' exercise of the Put Option and approval of the sale of the MSB Business to Berkadia, or another purchaser who submits a higher or better offer.

8. After carefully reviewing and exploring strategic business alternatives and transactions (such as the APA), and after implementing numerous cost-saving strategies, the Debtors determined that an orderly restructuring of their debts under chapter 11 represents the best of all available strategic options to maximize and preserve the value of their estates for their creditors and other parties in interest.

### Relief Requested

9. Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Bankruptcy Rules for the District of

RLF1-3474832-1

Delaware (the "Local Rules"), the Debtors seek entry of an order directing the joint administration of their cases for procedural purposes only. Bankruptcy Rule 1015(b) provides, in relevant part, that if "two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). The Debtors are "affiliates" as such term is defined in section 101(2) of the Bankruptcy Code. Accordingly, this Court is authorized to grant the requested relief.

10. In addition, Local Rule 1015-1 provides, in relevant part, as follows:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration . . . supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the court and the parties.

Del. Bankr. L.R. 1015-1.

11. Pursuant to Local Rule 1015-1, the Debtors have filed the Fairfield Declaration which establishes that the joint administration of the Debtors' respective estates is warranted and will ease the administrative burden for this Court and the parties.

12. Joint administration will avoid the preparation, service, and filing, as applicable, of duplicative notices, pleadings, and orders in each of the individual Debtor's cases, thereby saving the Debtors' estates, creditors and other parties in interest considerable expense, time, and resources.

13. The relief requested will not adversely affect creditors' rights because this Motion requests joint administration for procedural purposes only, and not substantive consolidation of the Debtors' estates. Each creditor may still file its claim against a particular estate and creditors and other parties in interest will retain all of their claims or rights against the individual estates in which they have such claims or rights. The relief requested will also relieve

16

the Court of the burden of entering duplicative orders and maintaining duplicative files and dockets, and streamline supervision of the administrative aspects of these chapter 11 cases by the United States Trustee for the District of Delaware (the "U.S. Trustee") and the Clerk of the Court.

14.     Accordingly, the Debtors respectfully request that the Court modify the caption of their cases to reflect the joint administration thereof, as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------------x
| | : | |
| *In re* | : | **Chapter 11** |
| | : | |
| **CAPMARK FINANCIAL GROUP INC.,** *et al.,* | : | |
| | : | **Case No. 09-_____ (  )** |
| **Debtors.** | : | |
| | : | **(Jointly Administered)** |
| | : | |
-----------------------------------------------------------------x

15.     The Debtors also request that the Court direct a notation substantially similar to the following be entered on the docket of each of the Debtors' cases to reflect the joint administration thereof:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Summit Crest Ventures, LLC, Capmark Financial Group Inc., Capmark Capital Inc., Capmark Finance Inc., Commercial Equity Investments, Inc., Mortgage Investments, LLC, Net Lease Acquisition LLC, SJM Cap, LLC, Capmark Affordable Equity Holdings Inc., Capmark REO Holding LLC, Paramount Managing Member AMBAC II, LLC, Paramount Managing Member AMBAC III, LLC, Paramount Managing Member AMBAC IV, LLC, Paramount Managing Member AMBAC V, LLC, Paramount Managing Member LLC, Paramount Managing Member II, LLC, Paramount Managing Member III, LLC, Paramount Managing Member IV, LLC, Paramount Managing Member V, LLC, Paramount Managing Member VI, LLC, Paramount Managing Member VII, LLC, Paramount Managing Member VIII, LLC, Paramount Managing Member IX, LLC, Paramount Managing Member XI, LLC, Paramount Managing Member XII, LLC, Paramount Managing Member XVIII, LLC, Paramount Managing Member XIV, LLC, Paramount Managing Member XV, LLC, Paramount Managing Member XVI, LLC, Paramount

17

Northeastern Managing Member, LLC, Capmark Affordable Properties Inc., Paramount Managing Member XXIII, LLC, Paramount Managing Member XXIV, LLC, Paramount Managing Member 30, LLC, Paramount Managing Member 31, LLC, Paramount Managing Member 33, LLC, Broadway Street California, L.P., Broadway Street 2001, L.P., Broadway Street XV, L.P., Broadway Street XVI, L.P., Broadway Street XVIII, L.P., Broadway Street Georgia I, LLC, Capmark Managing Member 4.5 LLC, and Capmark Affordable Equity Inc. The docket in **Case No. 09 -_____ (   )** should be consulted for all matters affecting this case.

16.     The relief requested herein has been routinely granted in other chapter 11 cases in this district. *See, e.g., In re Premier Int'l Holdings Inc.*, No. 09-12019 (CSS) (Bankr. D. Del. June 15, 2009) [Docket No. 37]; *In re Anchor Blue Retail Group, Inc.*, No. 09-11770 (PJW) (Bankr. D. Del. May 28, 2009) [Docket No. 32]; *In re Accredited Home Lenders Holding Co.*, No. 09-11516 (MFW) (Bankr. D. Del. May 6, 2009) [Docket No. 26]; *In re Nortel Networks Inc.*, No. 09-10138 (KJC) (Bankr. D. Del. Feb. 4, 2009) [Docket No. 36]; and *In re Semcrude, L.P.*, No. 08-11525 (BLS) (Bankr. D. Del. July 23, 2008) [Docket No. 56]. Similar authorization is appropriate in these chapter 11 cases.

### Notice

17.     No trustee, examiner, or statutory creditors' committee has been appointed in these chapter 11 cases. Notice of this Motion has been provided by facsimile, electronic mail transmission, overnight delivery and/or hand delivery to (i) the U.S. Trustee, (ii) Citibank, N.A. and Citicorp North America, Inc., as administrative agents under the Debtors' prepetition senior credit facility, bridge loan agreement and term loan facility, (iii) Deutsche Bank Trust Company Americas, as trustee under the prepetition senior unsecured floating rate note and 5.875% senior unsecured note indentures, (iv) Wilmington Trust FSB, as successor trustee under the prepetition 6.300% senior unsecured note indenture, (v) counsel for the ad hoc committee of prepetition unsecured noteholders of CFGI, (vi) Law Debenture Trust Company of New York, as trustee under CFGI's prepetition floating rate junior subordinated indenture, (vii) any proposed DIP

lender, (viii) those creditors holding the thirty (30) largest unsecured claims against the Debtors' estates (on a consolidated basis), and (ix) the Federal Deposit Insurance Corporation. As this Motion is seeking first-day relief, notice of this Motion and any order entered hereon will be served on all parties required by Local Rule 9013-1(m). The Debtors submit that no other or further notice need be provided.

## No Previous Request

18. No previous request for the relief sought herein has been made by the Debtors to this or any other court.

RLF1-3474832-1

WHEREFORE the Debtors respectfully request that the Court enter an order (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting such other and further relief as it deems just and proper.

Dated: October 25, 2009
Wilmington, Delaware

Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Jason M. Madron (No. 4431)
Lee E. Kaufman (No. 4877)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: 302.651.7700
Facsimile: 302.651.7701

-and-

Martin J. Bienenstock
Michael P. Kessler
Judy G.Z. Liu
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333

*Proposed Attorneys for the Debtors and
Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------x
                                   :
```
*In re*                            :    **Chapter 11**

**SUMMIT CREST VENTURES, LLC,**    :
                                   :    **Case No. 09-_____ ( )**
        **Debtor.**    :
                                   :
**EIN: 23-3035690**                :
```
--------------------------------------------------------x
                                   :
```
*In re*                            :    **Chapter 11**

**CAPMARK FINANCIAL GROUP INC.,**  :
                                   :
        **Debtor.**    :    **Case No. 09-_____ ( )**
                                   :
**EIN: 91-1902188**                :
```
--------------------------------------------------------x
                                   :
```
*In re*                            :    **Chapter 11**

**CAPMARK CAPITAL INC.,**          :
                                   :
        **Debtor.**    :    **Case No. 09-_____ ( )**
                                   :
**EIN: 84-0916496**                :
```
--------------------------------------------------------x
                                   :
```
*In re*                            :    **Chapter 11**

**CAPMARK FINANCE INC.,**          :
                                   :
        **Debtor.**    :    **Case No. 09-_____ ( )**
                                   :
**EIN: 23-2413444**                :
```
--------------------------------------------------------x
```

```
-----------------------------------------------x
                                               :
In re                                          :        Chapter 11
                                               :
COMMERCIAL EQUITY INVESTMENTS,                 :
INC.,                                          :        Case No. 09- _____ ( )
                                               :
            Debtor.                            :
                                               :
EIN: 23-2844153                                :
-----------------------------------------------x
                                               :
In re                                          :
                                               :        Chapter 11
MORTGAGE INVESTMENTS, LLC,                      :
                                               :
            Debtor.                            :        Case No. 09- _____ ( )
                                               :
EIN: 20-3376319                                :
-----------------------------------------------x
                                               :
In re                                          :
                                               :        Chapter 11
NET LEASE ACQUISITION LLC,                      :
                                               :
            Debtor.                            :        Case No. 09- _____ ( )
                                               :
EIN: 20-2829658                                :
-----------------------------------------------x
                                               :
In re                                          :
                                               :        Chapter 11
SJM Cap, LLC,                                   :
                                               :
            Debtor.                            :        Case No. 09- _____ ( )
                                               :
EIN: 56-2380862                                :
-----------------------------------------------x
```

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| **CAPMARK AFFORDABLE EQUITY** | : | |
| **HOLDINGS INC.,** | : | |
| | : | **Case No. 09-_____ (  )** |
| Debtor. | : | |
| | : | |
| **EIN:  23-3072379** | : | |
| ------------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **CAPMARK REO HOLDING LLC,** | : | |
| | : | |
| Debtor. | : | **Case No. 09-_____ (  )** |
| | : | |
| **EIN:  27-0203951** | : | |
| ------------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER** | : | |
| **AMBAC II, LLC,** | : | |
| | : | **Case No. 09-_____ (  )** |
| Debtor. | : | |
| | : | |
| **EIN:  75-3183934** | : | |
| ------------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER** | : | |
| **AMBAC III, LLC,** | : | |
| | : | **Case No. 09-_____ (  )** |
| Debtor. | : | |
| | : | |
| **EIN:  02-0743999** | : | |
| ------------------------------------------------------------x | | |

3

| | | |
|---|---|---|
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER** | : | |
| **AMBAC IV, LLC,** | : | |
| | : | Case No. 09- _____ ( ) |
| Debtor. | : | |
| | : | |
| **EIN: 06-1750117** | : | |
| -----------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER** | : | |
| **AMBAC V, LLC,** | : | |
| | : | Case No. 09- _____ ( ) |
| Debtor. | : | |
| | : | |
| **EIN: 20-3353366** | : | |
| -----------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER LLC,** | : | |
| | : | |
| Debtor. | : | Case No. 09- _____ ( ) |
| | : | |
| **EIN: 31-1780184** | : | |
| -----------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER II, LLC,** | : | |
| | : | |
| Debtor. | : | Case No. 09- _____ ( ) |
| | : | |
| **EIN: 31-1787457** | : | |
| -----------------------------------------------------------x | | |

4

| | | |
|---|---|---|
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER III,** | : | |
| **LLC,** | : | |
| | : | **Case No. 09-_____ ( )** |
| Debtor. | : | |
| | : | |
| **EIN: 31-1790196** | : | |
| -----------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER IV,** | : | |
| **LLC,** | : | |
| | : | **Case No. 09-_____ ( )** |
| Debtor. | : | |
| | : | |
| **EIN: 31-1790199** | : | |
| -----------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER V,** | : | |
| **LLC,** | : | |
| | : | **Case No. 09-_____ ( )** |
| Debtor. | : | |
| | : | |
| **EIN: 31-1790201** | : | |
| -----------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER VI,** | : | |
| **LLC,** | : | |
| | : | **Case No. 09-_____ ( )** |
| Debtor. | : | |
| | : | |
| **EIN: 31-1805857** | : | |
| -----------------------------------------------------------x | | |

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER VII, LLC,** | : | |
| | : | **Case No. 09-_____ (  )** |
| Debtor. | : | |
| | : | |
| **EIN:  31-1805855** | : | |
| ----------------------------------------------------------x | | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER VIII, LLC,** | : | |
| | : | **Case No. 09-_____ (  )** |
| Debtor. | : | |
| | : | |
| **EIN:  31-1805854** | : | |
| ----------------------------------------------------------x | | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER IX, LLC,** | : | |
| | : | **Case No. 09-_____ (  )** |
| Debtor. | : | |
| | : | |
| **EIN:  30-0055452** | : | |
| ----------------------------------------------------------x | | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER XI, LLC,** | : | |
| | : | **Case No. 09-_____ (  )** |
| Debtor. | : | |
| | : | |
| **EIN:  30-0055455** | : | |
| ----------------------------------------------------------x | | |

6

| | | |
|---|---|---|
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER XII,** | : | |
| **LLC,** | : | |
| | : | **Case No. 09-_____ (  )** |
| Debtor. | : | |
| | : | |
| **EIN:  30-0055457** | : | |
| -----------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER** | : | |
| **XVIII, LLC,** | : | |
| | : | **Case No. 09-_____ (  )** |
| Debtor. | : | |
| | : | |
| **EIN:  65-1193087** | : | |
| -----------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER XIV,** | : | |
| **LLC,** | : | |
| | : | **Case No. 09-_____ (  )** |
| Debtor. | : | |
| | : | |
| **EIN:  65-1164194** | : | |
| -----------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER XV,** | : | |
| **LLC,** | : | |
| | : | **Case No. 09-_____ (  )** |
| Debtor. | : | |
| | : | |
| **EIN:  65-1164192** | : | |
| -----------------------------------------------------------x | | |

7

| | |
|---|---|
| *In re* | : |
| | :    **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER XVI, LLC,** | : |
| | :    **Case No. 09- \_\_\_\_\_ ( )** |
| Debtor. | : |
| | : |
| **EIN: 65-1164186** | : |
| ---------------------------------------------------------x | |

| | |
|---|---|
| *In re* | : |
| | :    **Chapter 11** |
| **PARAMOUNT NORTHEASTERN MANAGING MEMBER, LLC,** | : |
| | :    **Case No. 09- \_\_\_\_\_ ( )** |
| Debtor. | : |
| | : |
| **EIN: 65-1193086** | : |
| ---------------------------------------------------------x | |

| | |
|---|---|
| *In re* | : |
| | :    **Chapter 11** |
| **CAPMARK AFFORDABLE PROPERTIES INC.,** | : |
| | :    **Case No. 09- \_\_\_\_\_ ( )** |
| Debtor. | : |
| | : |
| **EIN: 31-1333435** | : |
| ---------------------------------------------------------x | |

| | |
|---|---|
| *In re* | : |
| | :    **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER XXIII, LLC,** | : |
| | :    **Case No. 09- \_\_\_\_\_ ( )** |
| Debtor. | : |
| | : |
| **EIN: 20-0334754** | : |
| ---------------------------------------------------------x | |

8

| | | |
|---|---|---|
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER** | : | |
| **XXIV, LLC,** | : | |
| | : | **Case No. 09-_____ ( )** |
| Debtor. | : | |
| | : | |
| **EIN: 54-2133615** | : | |
| ------------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER 30,** | : | |
| **LLC,** | : | |
| | : | **Case No. 09-_____ ( )** |
| Debtor. | : | |
| | : | |
| **EIN: 06-1716824** | : | |
| ------------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER 31,** | : | |
| **LLC,** | : | |
| | : | **Case No. 09-_____ ( )** |
| Debtor. | : | |
| | : | |
| **EIN: 06-1716826** | : | |
| ------------------------------------------------------------x | | |
| | : | |
| *In re* | : | |
| | : | **Chapter 11** |
| **PARAMOUNT MANAGING MEMBER 33,** | : | |
| **LLC,** | : | |
| | : | **Case No. 09-_____ ( )** |
| Debtor. | : | |
| | : | |
| **EIN: 06-1716831** | : | |
| ------------------------------------------------------------x | | |

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| **BROADWAY STREET CALIFORNIA, L.P.,** | : | |
| | : | |
| Debtor. | : | **Case No. 09-** _____ ( ) |
| | : | |
| EIN: 31-1707722 | : | |

----------------------------------------------------------x

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| **BROADWAY STREET 2001, L.P.,** | : | |
| | : | |
| Debtor. | : | **Case No. 09-** _____ ( ) |
| | : | |
| EIN: 31-1780187 | : | |

----------------------------------------------------------x

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| **BROADWAY STREET XV, L.P.,** | : | |
| | : | |
| Debtor. | : | **Case No. 09-** _____ ( ) |
| | : | |
| EIN: 31-1707730 | : | |

----------------------------------------------------------x

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| **BROADWAY STREET XVI, L.P.,** | : | |
| | : | |
| Debtor. | : | **Case No. 09-** _____ ( ) |
| | : | |
| EIN: 31-1707725 | : | |

----------------------------------------------------------x

| | | |
|---|---|---|
| *In re* | : | |
| | : | **Chapter 11** |
| **BROADWAY STREET XVIII, L.P.,** | : | |
| | : | |
| Debtor. | : | **Case No. 09-** _____ ( ) |
| | : | |
| EIN: 31-1799799 | : | |

----------------------------------------------------------x

| | |
|---|---|
| *In re* | : |
| | : **Chapter 11** |
| **BROADWAY STREET GEORGIA I, LLC,** | : |
| | : |
| Debtor. | : **Case No. 09- _____ ( )** |
| | : |
| **EIN: 20-0269740** | : |
| ----------------------------------------------------------x | |
| | : |
| *In re* | : |
| | : **Chapter 11** |
| **CAPMARK MANAGING MEMBER 4.5 LLC,** | : |
| | : |
| Debtor. | : **Case No. 09- _____ ( )** |
| | : |
| **EIN: 20-8438979** | : |
| ----------------------------------------------------------x | |
| | : |
| *In re* | : |
| | : **Chapter 11** |
| **CAPMARK AFFORDABLE EQUITY INC.,** | : |
| | : |
| Debtor. | : **Case No. 09- _____ ( )** |
| | : |
| **EIN: 23-3072381** | : |
| ----------------------------------------------------------x | |

### ORDER PURSUANT TO BANKRUPTCY RULE 1015(b) AND LOCAL RULE 1015-1 DIRECTING JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES

Upon the motion dated October 25, 2009 (the "Motion"), of Capmark Financial Group Inc. ("CFGI") and its above-captioned subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") requesting the joint administration of the Debtors' chapter 11 cases for procedural purposes only and related relief, all as more fully described in the Motion; and upon the Declaration of Thomas L. Fairfield, Executive Vice President, General Counsel and

Secretary of CFGI, in Support of the Debtors' Chapter 11 Petitions and First Day Motions and Applications, attesting that the joint administration of these cases is warranted and will ease the administrative burden for the Court and the parties; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and no trustee, examiner, or statutory creditors' committee having been appointed in these chapter 11 cases, and due and proper notice of the Motion having been provided by facsimile, electronic mail transmission, overnight delivery and/or hand delivery to (i) the Office of the United States Trustee for the District of Delaware, (ii) Citibank, N.A. and Citicorp North America, Inc., as administrative agents under the Debtors' prepetition senior credit facility, bridge loan agreement and term loan facility, (iii) Deutsche Bank Trust Company Americas, as trustee under the prepetition senior unsecured floating rate note and 5.875% senior unsecured note indentures, (iv) Wilmington Trust FSB, as successor trustee under the prepetition 6.300% senior unsecured note indenture, (v) counsel for the ad hoc committee of prepetition unsecured noteholders of CFGI, (vi) Law Debenture Trust Company of New York, as trustee under CFGI's prepetition floating rate junior subordinated indenture, (vii) any proposed DIP lender, (viii) those creditors holding the thirty (30) largest unsecured claims against the Debtors' estates (on a consolidated basis), and (ix) the Federal Deposit Insurance Corporation, and it appearing that no other or further notice need be provided; and pursuant to Local Rule 1015-1 there being no requirement for notice or hearing for relief sought in the Motion; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest, and that the legal and factual bases set forth in the

Motion establish just cause for the relief granted herein; and after due deliberation and good and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted in all respects; and it is further

ORDERED that the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 09-_____ (   ); and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED that the caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------x
                                                           :
*In re*                                                    :    **Chapter 11**
                                                           :
**CAPMARK FINANCIAL GROUP INC., *et al.*,**                :
                                                           :    **Case No. 09- _____ (   )**
          **Debtors.**                                     :
                                                           :    **(Jointly Administered)**
                                                           :
-----------------------------------------------------------x

and it is further

ORDERED that a docket entry shall be made in each of the individual Debtors chapter 11 cases substantially as follows:

An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Summit Crest Ventures, LLC, Capmark Financial Group Inc., Capmark Capital Inc., Capmark Finance Inc., Commercial Equity Investments, Inc., Mortgage Investments, LLC, Net Lease Acquisition LLC, SJM Cap, LLC, Capmark Affordable Equity Holdings Inc., Capmark REO Holding LLC,

Paramount Managing Member AMBAC II, LLC, Paramount Managing Member AMBAC III, LLC, Paramount Managing Member AMBAC IV, LLC, Paramount Managing Member AMBAC V, LLC, Paramount Managing Member LLC, Paramount Managing Member II, LLC, Paramount Managing Member III, LLC, Paramount Managing Member IV, LLC, Paramount Managing Member V, LLC, Paramount Managing Member VI, LLC, Paramount Managing Member VII, LLC, Paramount Managing Member VIII, LLC, Paramount Managing Member IX, LLC, Paramount Managing Member XI, LLC, Paramount Managing Member XII, LLC, Paramount Managing Member XVIII, LLC, Paramount Managing Member XIV, LLC, Paramount Managing Member XV, LLC, Paramount Managing Member XVI, LLC, Paramount Northeastern Managing Member, LLC, Capmark Affordable Properties Inc., Paramount Managing Member XXIII, LLC, Paramount Managing Member XXIV, LLC, Paramount Managing Member 30, LLC, Paramount Managing Member 31, LLC, Paramount Managing Member 33, LLC, Broadway Street California, L.P., Broadway Street 2001, L.P., Broadway Street XV, L.P., Broadway Street XVI, L.P., Broadway Street XVIII, L.P., Broadway Street Georgia I, LLC, Capmark Managing Member 4.5 LLC, and Capmark Affordable Equity Inc. The docket in **Case No. 09-_____ (   )** should be consulted for all matters affecting this case;

and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: October _____, 2009
       Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE